1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10

EUGENE BRIAN GARVIE,

               Plaintiff,

    v.

JASON BENNETT,

               Defendant.

CASE NO. 2:24-cv-00531-LK

ORDER DENYING CERTIFICATE
OF APPEALABILITY

      This matter comes before the Court on an order from the Ninth Circuit Court of Appeals remanding this case "for the limited purpose of granting or denying a certificate of appealability at the court's earliest convenience." Dkt. No. 27 at 1. For the reasons provided in this Court's prior order, Dkt. No. 24, the Court denies a certificate of appealability.

      Dated this 23rd day of September, 2024.

Lauren King
United States District Judge

ORDER DENYING CERTIFICATE OF APPEALABILITY - 1